UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR2439-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO |
| MARIO SANTOS-BARRAGON, | ) | SHORTEN TIME |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the defendant's motions be shortened to nine (12) days, to heard September 21, 2007, at 11:00 a.m. or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: September 14, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge