# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>MARIO SANTOS-BARRAGON,<br><br>                    Defendant. | CASE NO. 07CR2439-JM<br><br><br>**JUDGMENT OF DISMISSAL** |

         IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___     the Court has dismissed the case for unnecessary delay; or

_X_     the Court has granted the motion of the Government for dismissal; or

___     the Court has granted the motion of the defendant for a judgment of acquittal; or

___     a jury has been waived, and the Court has found the defendant not guilty; or

___     the jury has returned its verdict, finding the defendant not guilty;

___     of the offense(s) of:

         IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.


DATED:  March 17, 2008

                                        _____
                                        Hon. Anthony J. Battaglia
                                        U.S. Magistrate Judge
                                        United States District Court